# United States District Court
# For The Western District of North Carolina
# Statesville Division

UNION SECURITY INSURANCE COMPANY,

    Plaintiff(s),

vs.

DORIS MARTIN THOMPSON AND
WARLICK FUNERAL HOME,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV20

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2009, Order.

Signed: June 9, 2009

Frank G. Johns, Clerk
United States District Court